IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR PITTMAN,

        Plaintiff,               No. CIV S-09-2315 KJM P

    vs.

WILLIAM H. KANNDEY, et al.,     ORDER AND

        Defendants.          FINDINGS AND RECOMMENDATIONS

        By an order filed September 10, 2009, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district judge to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, any party may file written

1 objections with the court and serve a copy on all parties. Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that
3 failure to file objections within the specified time may waive the right to appeal the District
4 Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5 DATED: January 6, 2010.

_____
U.S. MAGISTRATE JUDGE

1
pitt2315.fifp